UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

---

WEIR SLURRY GROUP, INC. and
WEIR WARMAN, LTD.

      Plaintiffs,

v.                                                   Case No. 8:04-CV-2217-T-24-MAP

SCHUR & COMPANY, INC.

      Defendant.

---

### STIPULATION AND CONSENT ORDER

---

The parties in the above-captioned action, through their respective counsel, stipulate and agree that the Court may enter the Order set forth below.

_____        _____
John P. Axelrod                                   David H. McQuaig
Joseph A. Ranney                              4745 Sutton Park Court, Suite 103
DEWITT ROSS & STEVENS S.C.           Jacksonville, FL 32224
Two East Mifflin Street, Suite 600       904-223-2993 (voice)
Madison, WI 53703-2865                904-223-2995 (fax)
608-255-8891 (voice)
608-252-9243 (fax)                            **ATTORNEYS FOR DEFENDANT**

William C. Guerrant, Jr.                      Dated: July 25, 2005
HILL, WARD & HENDERSON
101 East Kennedy Boulevard, Suite 3700
P.O. Box 2231
Tampa, FL 33601
813-221-3900 (voice)
831-221-2900 (fax)

**ATTORNEYS FOR PLAINTIFFS**

Dated: August 10, 2005

## ORDER

The Court having reviewed the stipulation of the parties set forth above, and being otherwise well advised in the premises,

**IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. Defendant Schur & Company, Inc., and its officers, directors and employees shall not in future represent that any pumps, pump parts or other products that they sell were originally manufactured or sold by plaintiffs, or either of them, unless Schur has reasonable grounds to believe that such representation is true.

2. It is understood that defendant denies liability and that defendant's stipulation set forth above does not constitute an admission of liability.

3. Subject to the provisions of paragraphs 1 and 2 above, all claims by and between the parties in the above action, including claims for damages, are dismissed with prejudice and without costs or attorneys fees.

Dated: July ___, 2005.


**BY THE COURT:**


_____
United States District Judge

2